#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLOUS HENRY JAY TOINTIGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   CIV-12-1140-F |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

### ORDER

United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation on August 30, 2013, recommending that defendant's final decision denying plaintiff's applications for disability insurance and supplemental security income benefits under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1382, be affirmed.  Magistrate Judge Purcell advised the parties of their respective right to file an objection to the Report and Recommendation on or before September 19, 2013.   He further advised that failure to timely object to the Report and Recommendation would waive appellate review of the recommended ruling.

To date, neither party has filed an objection to the Report and Recommendation.  With no objection being filed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell on August 30, 2013 (doc. no. 18) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.  Defendant's final decision denying plaintiff's

applications for disability insurance and supplemental security income benefits under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1382, is **AFFIRMED**.   Judgment shall issue forthwith.

DATED September 20, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-1140p001.docx